UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DEANNA PARRY,

    Plaintiff,

v.                                        Case No:  2:16-cv-550-FtM-38MRM

CREDIT ONE BANK, NATIONAL ASSOCIATION,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Plaintiff Deanna Parry and Defendant Credit One Bank, N.A.'s Joint Stipulation Staying and Referring Case to Arbitration (Doc. #24) filed on September 20, 2016.  The parties stipulate that Plaintiff's claims against Defendant are subject to arbitration and that this case should be stayed and referred to arbitration.  The Court, therefore, will compel arbitration and stay this case.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff Deanna Parry and Defendant Credit One Bank, N.A.'s Joint Stipulation Staying and Referring Case to Arbitration (Doc. #24) is **GRANTED**.

(2) All proceedings in this case are **STAYED** until notification by the parties that binding arbitration has been completed and that the stay is due to be lifted or

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

the case is due to be dismissed. The parties shall notify the Court of such matters within **seven (7) days** of the arbitration proceedings concluding.

(3) The parties are **DIRECTED** to file a joint report regarding the status of arbitration on or before **December 21, 2016**, and every ninety (90) days thereafter until the conclusion of arbitration.

(4) The Clerk is **DIRECTED** to add a stay flag.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of September, 2016.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record